IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEDRO FERNANDO PAZ SOLDAN ) | |
| and ) | |
| BLANCA PEREZ ) | |
| Plaintiffs ) | |
| v. ) | |
| ELLISDALE CONSTRUCTION, LLC ET AL ) | Civil Action: 1:16:cv-00936 (ABJ) |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Pedro Fernando Paz Soldan and Blanca Perez hereby request the entry of an order granting Plaintiffs a voluntary dismissal of their Complaint with prejudice.

Respectfully Submitted,

Dated:  August 1, 2016

/s/Virginia R. Diamond
Ashcraft & Gerel, LLP
Virginia R. Diamond, DC Bar # 393934
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Phone: (703) 627-5510
Fax: (703) 820-0630
vdiamond@ashcraftlaw.com
*Counsel for Plaintiffs*